**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **WAYNE CHRISTIAN,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1056** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **JOSEPH J. BRUZZESE, JR.,** *et al.*, | : | **MAGISTRATE JUDGE VASCURA** |
| | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

On November 12, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 3), recommending that this Court dismiss Plaintiff's case pursuant 28 U.S.C. §§ 1915A(b), 1915(e)(2). Mr. Christian's objection was due November 26, 2025. (ECF No. 3). Mr. Prince was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Mr. Christian's claim FDJA claim against AG Yost is **DISMISSED** and that his § 1983 claim against AG Yost is **DISMISSED without prejudice.** Mr. Christian is **ORDERED** to refer to the minor victim in all his future filings by her first and last initials. Plaintiff is additionally **ORDERED** to refer to this case and his prior habeas case, *Wayne Christian v. Charmaine Bracey*, 2:18-cv-00652-JLG-KAJ, in any future filings in any federal court.

        **IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:  April 3, 2026**

1